**Order entered July 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER

This appeal has been pending for two years. On April 4, 2014, the Court adopted the trial court's findings regarding the missing portions of the record. We ordered court reporter Janice Garrett to do two things with regards to the missing portions of the record: (1) file, by **JUNE 2, 2014**, all of the records, including exhibits, that were identified as having been recorded by Janice Garrett; and (2) forward a copy of the April 4, 2014 order to court reporter Linda Vera by Friday, April 11, 2014, and notify Ms. Vera that the records of the January 11, 2008 and February 15, 2008 hearings must be prepared and must be included in the record to be filed by June 2, 2014.

On May 20, 2014, Ms. Garrett filed a one-volume reporter's record from a November 17, 2007 hearing. On July 7, 2014, Ms. Vera filed a one-volume reporter's record from the January 11, 2008 hearing. To date, we have not received the reporter's records of any of the other

hearings identified as having been recorded, nor have we received a supplemental record containing State's Exhibit no. 5 and Defenses Exhibits 7 and 8. This appeal cannot proceed until all of the missing portions of the record have been filed.

Accordingly, this Court **ORDERS** court reporter Janice Garrett to file, by **JULY 24, 2014**, all of the remaining portions of the reporter's record, including all exhibits, that were identified in the April 4, 2014 order. We further **ORDER** Ms. Garrett to include with the record filed on July 24, 2014 the portions of the record prepared by Linda Vera. If the Court does not receive the complete reporter's record by the date specified, the Court will utilize the available remedies, including ordering that Janice Garrett and Linda Vera surrender their notes of the hearings to the trial court for transcription by another court reporter.

We further **ORDER** that Janice Garrett not sit as a court reporter until she has filed the complete record as required by this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominque Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, Official Court Reporter, Criminal District Court No. 4; Janice Garrett, court reporter; and counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE